No. 65130.—Naumes Forwarding Service et al. v. United States, protests 230990–K/5442, etc. (Chicago).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that involved in *Dalton Cooper, Inc., et al.* v. *United States* (41 Cust. Ct. 271, C.D. 2051), the claim of the plaintiffs was sustained.

DONLON, J., dissented for the reasons set forth in her dissenting opinion in C.D. 2051, *supra.*